MINUTE ENTRY
MARCH 30, 2022
NORTH, M. J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-37 |
| WAYNE D. LOZIER JR | SECTION: MAG |

### INITIAL APPEARANCE

APPEARANCES: X  DEFENDANT WITH/WITHOUT COUNSEL  Ret: Ralph S. Whaen, Jr. – By Video
1100 Poydras Street, Suite 2950, New Orleans, 70163

X  ASSISTANT U.S. ATTORNEY    Michael Trummel – By Video

___INTERPRETER _____

Designated by Court and sworn.   Time: _____ . to _____ M.

X / DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE PETITION FROM EDMO WAS:
    READ   WAIVED  (SUMMARIZED)

X / DEFENDANT INFORMED THE COURT THAT COUNSEL (HAS BEEN) WOULD BE RETAINED

__ / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__ / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 12

_/ BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

_/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON BOND

_/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/

   ARRAIGNMENT IS SET FOR _____

_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_____ March 31, 2022 at 2:00 p.m. _____

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/(DETENTION HEARING)/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

_/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.