PS 8
(Rev.12/04)

United States District Court
for
Eastern District of Missouri

U.S.A. vs. **Wayne D Lozier, Jr.**                      Docket No. **S1-4:21CR00365-001 RLW**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Deena Siler, pretrial services officer, presenting an official report upon the conduct of defendant Wayne D Lozier Jr., who was placed under pretrial release supervision by the Honorable Donna Phillips Currault, sitting in the court at New Orleans, Louisiana on June 28, 2021. On September 15, 2021, the Honorable John M. Bodenhausen, sitting in the court at St. Louis, Missouri adopted the bond and conditions of release and made the following modifications to the conditions of release:

Report and be supervised by U.S. Probation; Travel restricted to Eastern District of Louisiana with allowances to Continental United States with prior approval from U.S. Probation; and Report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

The modifications made by Judge Bodenhausen included: Defendant is prohibited from possessing a firearm, destructive device, or other weapon. Any and all weapons/devices must be removed from the residence no later than 9/16/21; Defendant is prohibited from using or unlawfully possessing narcotic drugs or other controlled substance, unless prescribed by a licensed medical practitioner; Defendant must remain in the Eastern District of Louisiana unless traveling to the Eastern District of Missouri for court related purposes. Travel outside the EDLA or EDMO requires authorization by the Pretrial Services Office and/or the Court; and the defendant is prohibited from engaging in fugitive apprehension.

On June 29, 2021, the conditions of release were modified to include: Travel approved to the Western District of Louisiana for court related purposes with apply only to the defendant.

Other general conditions of release were ordered.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Our office received information indicating the defendant acted in the capacity of a fugitive apprehension agent. On January 10, 2022, Lozier arrested a fugitive and dropped her off at the Jefferson Parish Jail located in the Eastern District of Louisiana. Additionally, on February 17, 2022, Lozier arrested a fugitive and dropped her office at the Ascension Parish Jail located in the Middle District of Louisiana. Lozier does not have permission to travel to the Middle District of Louisiana.

**PRAYING THAT THE COURT WILL ORDER** a warrant for the defendant's arrest be issued and that a bond revocation hearing be held within three days of the defendant's arrest to determine whether or not the defendant is in violation of the conditions of his release.

### ORDER OF COURT

Considered and ordered this 15th day of March, 2022, and ordered filed and made a part of the records in the above case.

/s/ *John M. Bodenhausen*
U.S. MAGISTRATE JUDGE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 14, 2022**

_____
U.S. Pretrial Services Officer

Place: St. Louis, Missouri

PS 10
(2/12 ED/MO)

# United States District Court

for

**Eastern District of Missouri - St. Louis**

U.S.A. vs Wayne D Lozier Jr          Docket No. S1-4:21CR00365-1 RLW

**RECEIVED**
By US Marshals Service at 11:01 am, Mar 15, 2022

TO:[1] ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

| WARRANT FOR ARREST OF DEFENDANT ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court. ||||
| NAME OF DEFENDANT<br>Wayne D Lozier Jr<br><br>DOB: 11/6/1978   SSN: 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 | SEX<br>Male | RACE<br>White | AGE<br>43 |
| ADDRESS (STREET, CITY, STATE)<br>345 Sugarpine Drive, Gretna LA 70056 ||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>The Honorable John M. Bodenhausen<br>Thomas F. Eagleton U.S. Courthouse<br>111 S. 10th Street<br>St. Louis, MO 63102 ||||
| CLERK<br>Gregory J. Linhares<br>Eastern District of Missouri - St. Louis | (BY) DEPUTY CLERK<br>Deborah O'Leary | DATE<br>03/15/2022 ||

| RETURN |||
|---|---|---|
| **Warrant received and executed** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) |||
|  |||
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for Eastern District of Missouri;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PROB 20
(Rev. 10/11 ED/MO)

# PERSONAL HISTORY OF ABSCONDER

TO: U.S. Marshal, Warrant Supervisor
FROM: Deena Siler
OFFICE: U.S. Pretrial Services, St Louis MO
PHONE NO.: 314-244-7000
DATE: March 14, 2022
In Custody Now? ☐ YES ☒ NO  Where:

**Type of Warrant: Pretrial**

---

\*\*\*
RE: **Wayne Lozier**

Sex: M   Race: W
Date of Birth: 11/6/1978         Place of Birth: Wareland, MS
Ht: 5'11"  WT: 175 lbs.;   Eyes: hazel  Hair: brown
\*\*\*(NOTE: This info required for NCIC)

---

Complexion:

Scars, Tattoos, Deformities, other ID Marks:

FBI#:                    Soc. Sec. No: 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

Local Police#:     Docket #: 4:21CR0365-1 RLW

Drug Use: ☐ YES ☒ NO        ALIASES:

LAST KNOWN OR CURRENT ADDRESS: 345 Sugar Pine Drive, Gretna, LA 70056 10 years to present.

LAST KNOWN OR CURRENT TELEPEHONE NO.:    504-458-4406

FORMER PHONE NOs:

FORMER ADDRESSES AND DATES: 150 Huntleigh Drive, New Orleans, LA 2009-2011

DATE, PLACE, OFFENSE, AND AGENCY RESPONSIBLE FOR ARREST RESULTING IN SUPERVISION PLACEMENT:

6/28/21, Eastern District of Louisiana.

DATE OF LAST KNOWN ARREST: 6/28/21 for the instant offense   PLACE: Eastern District of LA

NATURE OF ARREST: instant offense.

VIOLENT HISTORY (Type): convictions for Harassment, Illegal Carrying of Weapons, Simple Battery and Aggravated Battery with a Dangerous Weapon

DATE OF LAST FACE-TO-FACE CONTACT WITH PRETRIAL OFFICER: None in ED MO.

DOES SUBJECT KNOW WARRANT HAS BEEN ISSUED: ☐ YES ☒ NO

NEXT KNOWN COURT APPEARANCE: Date: 4/25/22 Location: TFE courthouse Type: motions due

KNOWN CODEFENDANTS AND ASSOCIATES AND AREAS SUBJECT MAY FREQUENT (names, aliases, addresses)

Jody Sullivan, same address at 345 Sugar Pine Drive, Gretna, LA 70056 504-491-6444

KNOWN FAMILY AND RELATIVES (names, relation, address, phone no.)

No contact with siblings-brother in Oklahoma, sister in Baton Rouge. He has a daughter, Alyssa Martinez Lozier, age 19, resides in AR with her mom.

No family support.

OCCUPATION:   DATE OF LAST EMPLOYMENT:

LAST EMPLOYER & ADDRESS: Local 718 on Bourbon Street, Bayou Boyz Recovery and Bail Bonds

NAME AND TELEPHONE OF PRETRIAL OFFICER: 314-244-7011, Deena Siler

NAME OF CHIEF PRETRIAL OFFICER OR SUPERVISOR: Mark Reichert, 314-244-7000